# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE ARTHUR PERDUE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-00101-CV-DGK-SSA |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING APPLICATION FOR ATTORNEYS' FEES

This case arises from the Commissioner of Social Security's ("the Commissioner") denial of Plaintiff's application for Social Security benefits. Plaintiff challenged the denial in federal district court, and this Court granted the Commissioner's motion to remand.

Now before the Court is Plaintiff's application for attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. ECF No. 16. Plaintiff's revised request for award for attorneys' fees seeks $7,105.33 in fees and requests the fees be made payable to and sent to Plaintiff's attorney.

Defendant has no objection to the revised request, other than that it be made payable to Plaintiff as the litigant and subject to offset for any pre-existing debt that Plaintiff owes to the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

The revised request appears in good order. The Court awards Plaintiff attorneys' fees of $7,105.33. After the Commissioner verifies that Plaintiff does not owe a debt to the United States that is subject to offset, the Commissioner will pay the total amount to Plaintiff's attorney, Cathleen A. Shine, and the payment will be mailed to her office pursuant to Plaintiff's fee agreement.

Date: November 14, 2024          /s/ Greg Kays
                                 GREG KAYS, JUDGE
                                 UNITED STATES DISTRICT COURT